*David Gerber* for appellant.

*Charles Steele* for respondents.

Agree to affirm ; no opinion.
All concur, except EARL, J., dissenting.
Judgment affirmed.

---

MINNA WINTERFIELD, Appellant, *v.* THE SECOND AVENUE
RAILROAD COMPANY, Respondent.

(Argued October 18, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made the first Monday of October, 1892, which affirmed a
judgment in favor of defendant entered upon an order dis-
missing the complaint on trial at Circuit.

*Benno Loewy* for appellant.

*Payson Merrill* for respondent.

Agree to affirm ; no opinion.
All concur, except ANDREWS, Ch. J., PECKHAM and O'BRIEN,
JJ., dissenting.
Judgment affirmed.

---

MATHUSHEK PIANO MANUFACTUING COMPANY, Respondent, *v.*
JAMES PEARCE, Appellant.

(Argued October 22, 1894; decided November 27, 1894.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made the second
Monday of February, 1894, which affirmed an order of Special
Term granting plaintiff leave to amend his summons and com-
plaint and appointing a receiver.

*J. H. Whitelegge* and *S. W. Rosendale* for appellant.

*William A. Abbott* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.